UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

?011 JUL 29  AM 10: 24

FC...

| | |
|---|---|
| MARTHA C. HAYES and DAMON A. HAYES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| MENARD, INC., | ) ) |
| Defendant. | ) ) |

Case No.  **4:11CV0043**

## NOTICE OF REMOVAL

To:   The United States District Court
      Northern District of Indiana
      Lafayette Division
      230 North Fourth Street
      Lafayette, IN 47901

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Menard, Inc. ("**Menard**"), by

and through its undersigned counsel, files this Notice of Removal of this action from the

Tippecanoe Superior Court No. 1.  In support thereof, Menard states as follows:

1.      Plaintiffs Martha C. Hayes and Damon A. Hayes ("Plaintiffs") commenced this

action against Menard in the Tippecanoe Superior Court No. 1, a State Court, on or around

June 27, 2011.

2.      On June 30, 2011, Menard accepted service of Plaintiffs' Summons and

Complaint.  A true and correct copy of Plaintiffs' Summons and Complaint are attached hereto as

*Exhibit "A"*.

3.      Menard was at the time Plaintiffs' Complaint was filed, a corporation

incorporated under the laws of Wisconsin having its principal place of business in Wisconsin.

4.    Plaintiffs are citizens of Tippecanoe County, Indiana.

5.    Plaintiff Martha C. Hayes is alleging she sustained serious personal injures when she slipped on a substance on the floor at the Menard facility in Lafayette, Indiana.

6.    Upon information and belief, the matter in controversy in this matter, at the time of the commencement of this action and at the present time, exceeds the sum or value of $75,000, exclusive of interest and costs.

7.    Given the above facts, this action falls under the diversity jurisdiction of this Court under 28 U.S.C. §1332.

8.    Menard has served this Notice of Removal within 30 days of having been served with, or otherwise receiving, copies of Plaintiff's Summons and Complaint. *See* 28 U.S.C. §1446(b).

9.    The Tippecanoe Superior Court No. 1 is located within the United States District Court for the Northern District of Indiana. Therefore, this Court is the proper Court for removal of this action.

10.    Upon filing this Notice of Removal, Menard will provide a written notification to Plaintiffs of such action and will file a Notification of Removal with the Clerk of the Tippecanoe Circuit Court, Indiana. A copy of such Notice is attached hereto as *Exhibit "B."*

**WHEREFORE**, Defendant Menard respectfully prays that this case will proceed before this Court as an action properly removed.

Respectfully submitted,

_Stephen R. Pennell_
Stephen R. Pennell
Attorney No. 5683-79
STUART & BRANIGIN LLP
300 Main Street, Suite 900
P.O. Box 1010
Lafayette, IN  47902-1010
Telephone:  (765) 423-1561
Fax:  (765) 742-8175

## CERTIFICATE OF SERVICE

I certify that on the __2 5__ day of July, 2011, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Carl J. Sandy
315 Columbia Street
P.O. Box 1648
Lafayette, IN  47902

by depositing the same in the United States mail in properly addressed envelopes with sufficient first-class postage affixed.

_Stephen R. Pennell_
Stephen R. Pennell

STATE OF INDIANA          )          IN THE TIPPECANOE SUPERIOR COURT 1
                          ) SS:
COUNTY OF TIPPECANOE)          TO THE 2011 TERM

# FILED

JUN 27 2011

MARTHA C. HAYES and
DAMON A. HAYES,                    )
                Plaintiff,         )
                                   )          CAUSE NO. 79D01-1106-CT-00047
        -vs-                       )
                                   )
MENARD, INC.                       )
                Defendant.         )

<u>**SUMMONS**</u>

The State of Indiana to Defendant:          The Prentice-Hall Corporation Systems, Inc.
Address:                                    251 E. Ohio Street, Suite 500
                                            Indianapolis, In 46204

        You have been sued by the persons named "plaintiffs" in the court stated above.

        The nature of the suit against you is stated in the complaint which is attached to
this document. It also states the demand which the plaintiffs have made and want from
you.

        You must answer the Complaint in writing, by you or your attorney, within
twenty (20) days, commencing the day after you receive this summons, or judgment will
be entered against you for what the plaintiffs have demanded.

        If you have a claim for relief against the plaintiffs arising from the same
transaction or occurrence, you must assert it in your written answer.

DATE: JUN 2 9 2011

                        Clerk, _____

**Exhibit** A

The following manner of service is requested:
Certified Mail



Carl J. Sandy, Attorney for Plaintiff
315 Columbia Street
P.O. Box 1648
Lafayette, IN   47902
Telephone:  765-742-5600

STATE OF INDIANA    )    IN THE TIPPECANOE SUPERIOR COURT 1
                           )
COUNTY OF TIPPECANOE)    TO THE 2011 TERM

**FILED**

JUN 27 2011

*Clark Superior Court No. 1 Tippecanoe Ct.*

MARTHA C. HAYES and    )
DAMON A. HAYES,        )
                       )
        Plaintiff    )
                       )
V.                 )    CAUSE NO:79D01-1106-CT-00047
                       )
MENARD, INC.         )
                       )
        Defendant    )

## COMPLAINT

Comes now plaintiffs for cause of action alleges and says:

1.    That on or about July 5, 2010 plaintiffs were in Defendants place of business shopping with the intent of purchasing product from defendant.

2.    That during the course of shopping at defendants place of business and in the company of an agent of defendant plaintiff Martha Hayes slipped and fell and a result of a substance on the floor in an aisle while examining merchandise for sale.

3.    That the fall and subsequent injury of plaintiff Martha Hayes was caused by the negligence and carelessness of defendant in failing to maintain a proper and safe environment for its expected and anticipated customers.

4.    That as a result of said carelessness and negligence plaintiff Martha Hayes has suffered and will continue to suffer from permanent and painful injuries, has been caused to expend large sums of money for medical expenses and may well be obligated into the future, as well as having lost significant amounts of income.

5.    That plaintiff Damon A. Hayes suffered as a result of said negligence and carelessness of defendant by losing the services companionship and consortium of his wife during her period of incapacitation, and recovery.

WHEREFORE plaintiffs pray for just and reasonable compensation and all other proper relief.

Carl J. Sandy #41-79
P.O. Box 1648
315 Columbia Street
Lafayette, In 47902
Telephone (765) 742-5600
Facsimile (765) 742-6900

Comes now the plaintiff, by counsel, and demands trial by jury.

## CERTIFICATE OF SERVICE

I certify that on the ___21___ day of __June__, 2011, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following attorney of record herein by depositing the same in the United States mail in an envelope properly addressed to him and with sufficient first class postage affixed:

Menard, Inc
2850 Creasy Lane South
Lafayette, In 47905

The Prentice- Hall Corporation Systems, Inc
251 E. Ohio Street
Suite 500
Indianapolis, In 46204

Carl J. Sandy

STATE OF INDIANA      )   IN TIPPECANOE SUPERIOR COURT NO. 1
             ) SS:
COUNTY OF TIPPECANOE    )   CAUSE NO. 79D01-1106-CT-00047

MARTHA C. HAYES and     )
DAMON A. HAYES,       )
             )
     Plaintiffs,      )
             )
     v.          )
             )
MENARD, INC.,        )
             )
     Defendant.     )

## NOTICE TO CLERK

To:  Clerk, Tippecanoe Superior  Court No. 1
    301 Main Street
    P.O. Box 1665
    Lafayette, IN 47901

You are hereby notified that on the 29th day of July, 2011, Defendant Menard, Inc.

forwarded to the United States District Court for the Northern District of Indiana, Lafayette

Division, a "Notice Of Removal" of the above-entitled cause to the said U.S. District Court, a

copy of which Notice is attached hereto and made a part of this "Notice To Clerk," for your

information and guidance, all as provided by law.

               _____
               Stephen R. Pennell
               Attorney No. 5683-79
               STUART & BRANIGIN LLP
               300 Main Street, Suite 900
               P.O. Box 1010
               Lafayette, IN  47902-1010
               Telephone:  (765) 423-1561
               Fax:  (765) 742-8175

**Exhibit** _B_

## CERTIFICATE OF SERVICE

I certify that on the **ι ſ** day of January, 2010, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Carl J. Sandy
315 Columbia Street
P.O. Box 1648
Lafayette, IN  47902

by depositing the same in the United States mail in properly addressed envelopes with sufficient first-class postage affixed.

_____
Stephen R. Pennell