UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MARTHA C. HAYES and )<br>DAMON A. HAYES, )<br>                        )<br>    Plaintiffs, )<br>                        )<br>    v. )<br>                        )<br>MENARD, INC., )<br>                        )<br>    Defendant. ) | Case No. 4:11-cv-00043-PPS-APR |

## MOTION FOR SUMMARY JUDGMENT

The Defendant, Menard, Inc., moves the Court to enter summary judgment in its favor pursuant to Rule 56 of the Rules of Federal Procedure.  In support of this Motion, Menard, Inc. would show the Court that there is no genuine issue of material fact as to whether Menard had actual or constructive knowledge of the presence of a spilled liquid on the store floor which allegedly caused Mrs. Hayes to slip, and therefore Menard is entitled to judgment as a matter of law.  Menard, Inc. submits the following materials in support of Menard's statement of material facts:

1. Designated portions of the deposition of Martha Hayes;

2. Designated portions of the deposition of Damon Hayes;

3. Designated portions of the deposition of Josh Myers;

4. Affidavit of Matt Casel; and

5. Hayes Answer to Interrogatory 17.

WHEREFORE, Menard, Inc. specifically requests the Court to enter summary judgment in its favor, and for its costs and all other just and proper relief.

        s/ Stephen R. Pennell_____
        Stephen R. Pennell (Atty. No. 5683-79)
        STUART & BRANIGIN LLP
        300 Main Street, Suite 900
        P.O. Box 1010
        Lafayette, IN  47902-1010
        Telephone: (765) 423-1561

## CERTIFICATE OF SERVICE

I certify that on the 29th day of May, 2012, service of a true and complete copy of the above and foregoing pleading or paper was made upon:

Carl J. Sandy
315 Columbia Street
P.O. Box 1648
Lafayette, IN  47902

by depositing the same in the United States mail in properly addressed envelopes with sufficient first-class postage affixed.

        s/ Stephen R. Pennell_____
        Stephen R. Pennell

615443.1