

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MARTHA C HAYES and   )
DAMON A HAYES   )
Plaintiff(s)   )
V.   )   Civil Action No.   4:11cv0043
MENARD INC   )
Defendant(s)   )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   Summary Judgment granted in favor of defendant Menard Inc and against plaintiffs Martha C Hayes and Damon A Hayes

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

| | |
|---|---|
| Date    December 14, 2012 | CLERK OF COURT |
| | s/Monica Clawson |
| | *Signature of Clerk or Deputy Clerk* |